EDWARD H. KUBO, JR.          #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON            #4532
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:      541-2850
facsimile:      541-2958
e-mail:         wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

SEALED BY ORDER OF THE COURT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 0 1 2003
at 3 o'clock and 11 min. P.M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FRED NOBRIGA,<br><br>　　　　　Defendant. | CR NO. CR03-00209 HG<br><br>**INDICTMENT**<br><br>[18 U.S.C. § 922(g)(9)] |

I N D I C T M E N T
(18 U.S.C. § 922(g)(9))

The Grand Jury further charges that:

On or about November 27, 2002, in the District of Hawaii, defendant FRED NOBRIGA, then being a person who had been convicted of a misdemeanor crime of domestic violence, did knowingly possess in and affecting commerce a firearms, to wit: a

Smith & Wesson, Model 17, .22 caliber revolver bearing serial Number 71240.

All in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

DATED: MAY 1 2003, 2003 at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney

United States v. FRED NOBRIGA
Cr. No.
"INDICTMENT"

2