# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

December 29, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CR. 03-00209HG

CASE NAME:     U.S.A. vs. FRED NOBRIGA

JUDGE:   Helen Gillmor            REPORTER:

DATE:    December 29, 2006        TIME:

COURT ACTION:          **MINUTE ORDER**

      The Ninth Circuit of Appeals for the Ninth Circuit issued an Opinion on December 29, 2006 reversing the district court's denial of a motion to dismiss an indictment charging the defendant with violating 18 U.S.C. 922(g)(9) by possessing a firearm after having been previously convicted of a "misdemeanor crime of domestic violence," as defined by 18 U.S.C. § 921(a)(33)(A)(ii).

      The Warrant of Arrest issued on July 6, 2006 in case as to Fred Nobriga is vacated

      Submitted by: David H. Hisashima, Courtroom Manager

cc:   Ronald G. Johnson, Esq.
     De Anna S. Dotson, Esq.
     U.S. Marshal