INTERNAL USE ONLY: Proceedings include all events.
04-10169 USA v. Nobriga

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Joseph F. Palmer<br>202-307-1452<br>Rm 1250<br>[LD NTC gov]<br>DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 |
| v. | |
| FRED NOBRIGA<br>    Defendant - Appellant | DeAnna S. Dotson, Esq.<br>FAX 808/672-5058<br>808/391-7308<br>[COR LD NTC cja]<br>P.O. Box 700953<br>Kapolei, HI 96709-0953 |