ORIGINAL

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 2 2 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

     Plaintiff - Appellee,

v.

FRED NOBRIGA,

     Defendant - Appellant.

No. 04-10169

D.C. No. CR-03-00209-HG
District of Hawaii,
Honolulu

ORDER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 6 2007

at 11 o'clock and ___ min. A M
SUE BEITIA, CLERK

The mandate issued 01/22/07 was issued in error and is hereby recalled.

For the Court
Cathy Catterson

David J. Vignol
Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 2 2 2007

by: _____
Deputy Clerk

MOATT   CLOSED
i

INTERNAL USE ONLY: Proceedings include all events.
04-10169 USA v. Nobriga

UNITED STATES OF AMERICA          Joseph F. Palmer, Esq.
        Plaintiff - Appellee      202-307-1452
                                  Rm 1250
                                  [LD NTC gov]
                                  DEPARTMENT OF JUSTICE
                                  950 Pennsylvania Avenue, NW
                                  Washington, DC 20530


     v.


FRED NOBRIGA                      DeAnna S. Dotson, Esq.
        Defendant - Appellant     FAX 808/672-5058
                                  808/391-7308
                                  [COR LD NTC cja]
                                  P.O. Box 700953
                                  Kapolei, HI 96709-0953