ORIGINAL

LODGED
JUN 29 2007
11:20 a.m.
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 03 2007

at 2 o'clock and ___ min. P .M
SUE BEITIA, CLERK

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

LORETTA SHEEHAN #4160
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00209 HG |
| | ) | CA. NO. 04-10169 |
| Plaintiff-Appellee, | ) | |
| | ) | MOTION TO VACATE JUDGMENT; |
| v. | ) | DECLARATION OF COUNSEL; |
| | ) | ORDER GRANTING MOTION TO |
| FRED NOBRIGA, | ) | VACATE JUDGMENT; CERTIFICATE |
| | ) | OF SERVICE |
| Defendant-Appellant. | ) | |
| | ) | |

MOTION TO VACATE JUDGMENT

Comes now UNITED STATES OF AMERICA, through its undersigned attorneys, and hereby moves this Court for an order vacating judgment in connection with the above-captioned matter.

//
//
//

This Motion is made pursuant to the inherent power of this Court, and is based on the records and files of this case and the Declaration of Counsel attached hereto.

DATED: June 29, 2007, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Loretta Sheehan
LORETTA SHEEHAN
Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA