IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00209 HG |
| | ) | CA. NO. 04-10169 |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | DECLARATION OF COUNSEL |
| | ) | |
| FRED NOBRIGA, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |

DECLARATION OF COUNSEL

LORETTA SHEEHAN, under penalty of perjury states that:

1. I am the Assistant U. S. Attorney representing the United States in the above-entitled matter and am familiar with the post-conviction history of the aforementioned case.

2. On December 29, 2006, the Ninth Circuit Court of Appeals issued an opinion and order in the aforementioned case in which the judgment of the United States District Court for the District of Hawaii was reversed.

3. On February 20, 2007, the Ninth Circuit Court of Appeals issued the mandate.

4. In accordance with the mandate of the Court of Appeals, this Honorable Court must, therefore, issue an order vacating judgment, discharging the defendant, and exonerating bail, if any.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 29, 2007, at Honolulu, Hawaii.

_____
LORETTA SHEEHAN
Assistant U. S. Attorney