IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 03-00209 HG |
| Plaintiff-Appellee, | CA. NO. 04-10169 |
| v. | ORDER GRANTING MOTION TO VACATE JUDGMENT |
| FRED NOBRIGA, | |
| Defendant-Appellant. | |

ORDER GRANTING MOTION TO VACATE JUDGMENT

The Court having considered the UNITED STATES OF AMERICA's Motion to Vacate Judgment, and good cause appearing therefor,

IT IS HEREBY ORDERED that the judgment is VACATED. Defendant is discharged and any bond is exonerated.

DATED: 7·2·07, at Honolulu, Hawaii.

HELEN GILLMOR
U.S. DISTRICT COURT JUDGE