CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served by First Class Mail**:

    DeAnna Dotson, Esq.    June 29, 2007
    P.O. Box 700953
    Kapolei, HI  96709-0953

    Attorney for Defendant

    DATED:  June 29, 2007, at Honolulu, Hawaii.

*[signature]*
Iris Tanaka