*Steve*

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: March 3, 2005

To: United States Court of Appeals    Attn: ( )    Civil
     For the Ninth Circuit
     Office of the Clerk                  (✓)    Criminal
     95 Seventh Street
     San Francisco, California 94103      ( )    Judge

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

✓

DC No:      CR 03-00209             Appeal No:    04-10169

Short Title:    USA VS. NOBRIGA

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 6 | volumes (✓) original ( ) certified copy<br>7/8/03, 7/11/03, 9/2/03, 9/5/03, 9/9/03, 11/25/03, 3/1/04 |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: #45

FILED
MAR 3 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

Acknowledgment: _____ Date: _____

RECEIVED
CLERK U.S. DISTRICT COURT
AUG 02 2007
DISTRICT OF HAWAII

cc: all named counsel

70

July 30, 2007

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 355-7820

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CR-03-00209-HG
**Appeal Number:** 04-10169
**Short Title:** USA v. Nobriga

### Volumes

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Clerk's Records in: | 1 | | | 0 | Certified Copy(ies) | | | |
| Reporters Transcripts in: | 6 | | | | | | | |
| Bulky Documents in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 1 | Other   SEALED Document- #45 In Expando File | | | | | | |
| State Lodged Docs in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |
| Other: | | | | | | | | |

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.